**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

5:19-cv-173

Judge Bailey

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WELDED CONSTRUCTION, L.P.** | ) | |
| | ) | **Case No. 18-12378 (KG) (Bankr. D. Del.)** |
| Debtor. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **HERC SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 19-_____** |
| | ) | (Removal from Circuit Court of Marshall |
| **COLUMBIA GAS TRANSMISSION,** | ) | County, Civil Action No. 19-C-30) |
| **LLC,** | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1334(b), 1452, 1332, 1367, 1441(b) and 1446, and Federal Rule of Bankruptcy Procedure 9027, the Defendant, Columbia Gas Transmission, LLC, by counsel, gives notice of removal of the above-captioned action from the Circuit Court of Marshall County, West Virginia, to the United States Banruptcy Court for the Northern District of West Virginia.  In support thereof, the Defendant states as follows:

### I. NATURE OF REMOVED ACTION

1.       On or about February 22, 2019, Plaintiff filed a Complaint in the Circuit Court of Marshall County, West Virginia, Civil Action No. 19-C-30, naming Columbia Gas Transmission, LLC as Defendant.

2.      In accordance with 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of the docket sheet and a copy of all process, pleadings, and orders served upon the Defendants in the state court action are attached hereto as **Exhibit A**.

## II. TIMELINESS OF REMOVAL

3.      This civil action was filed on February 22, 2019.  Plaintiff has not yet served the Complaint on Defendant.  Accordingly, the 30-day removal period contemplated by 28 U.S.C. § 1446(b) and Federal Rule of Bankruptcy Procedure 9027(a)(3) has not yet begun to run.  *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354–56 (1999) (30-day removal period begins upon service of summons and complaint).

## III. PROPRIETY OF VENUE

4.      Venue is proper in this district and division under 28 U.S.C. §§ 1441(a) and 1452(a), because the state court where the suit has been pending is located in this district and this division.

## IV. BASIS OF REMOVAL

5.      Removal in this case is proper pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending," as well as 28 U.S.C. § 1452, which provides that "[a] party may remove any claim or cause of action in a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit . . . to the district court for the district where such civil action is pending . . . ."

6.      In this case, federal jurisdiction is founded upon bankruptcy court jurisdiction, pursuant to 28 U.S.C. § 1334(b), because this civil action arises in and/or is related to a pending case filed under Title 11, *In re: Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del.) (Jointly Administered).

7.      In addition, federal jurisdiction in this case is founded upon diversity of citizenship, pursuant to 28 U.S.C. § 1332(a), as this civil action is a matter between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**A.  Bankruptcy Court Jurisdiction**

8.      Welded Construction, L.P. (the "Debtor"), filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 22, 2018.  *See In re: Welded Construction, L.P.*, Case No. 18-12378 (KG) (Bankr. D. Del.) (Jointly Administered) (the "Bankruptcy Case").

9.      This civil action seeks to enforce a mechanic's lien against Defendant arising from unpaid obligations of the Debtor to Plaintiff.  Furthermore, upon information and belief, Plaintiff's mechanic's lien may attach to property of the Debtor's bankruptcy estate, including fixtures, appurtenances, and personal property of the Debtor situate in Marshall County.

10.     Plaintiff has filed a proof of claim in the Bankruptcy Case for the obligation of the Debtor underpinning the mechanic's lien asserted against Defendant.  *See* Claim No. 532. Determination of the amount of Plaintiff's claim against the Debtor—and the amount of the claim that will be allowed and paid from the Debtor's estate—is necessary to determine what amount, if any, Plaintiff can seek to recover from Defendant through enforcement of its purported mechanic's lien.

11.     Pursuant to 28 U.S.C. §1334(b), the civil action "arises in" the Debtor's Bankruptcy Case and is, thus, a "core proceeding." *See In re Mid-Atlantic Resources Corp.*, 283 B.R. 176, 186–89 (S.D. W. Va. 2002) (upholding the bankruptcy court's decision denying a motion to remand in a removed case involving a mechanic's lien asserted against non-debtor entities arising from obligations of the debtor and finding that the action was a core proceeding).

12.     The Bankruptcy Court has jurisdiction to hear and decide disputes arising in or related to the Bankruptcy Case.  Thus, the civil action may be removed to United States District Court for the Northern District of West Virginia (the "District Court") under 28 U.S.C. §1452(a).

13.     Pursuant to 28 U.S.C. §157 and the Amended Standing Order of Reference entered in the District Court miscellaneous proceeding no. 5:13-MC-12 on April 2, 2013, the District Court has referred all matters arising in or related to a case under Title 11 to the bankruptcy judges for the District Court. This includes this civil action.

14.     This civil action is a "core proceeding" that arises in the Bankruptcy Case within the meaning of 28 U.S.C. §§ 157(b) and 1334(b) and, to the extent that this Court finds that this civil action is not a "core proceeding," the civil action is at least a "non-core proceeding" that invokes the "related to" jurisdiction of the bankruptcy courts pursuant to 28 U.S.C. §§ 157, 1334, and 1452.

15.     Defendant consents to entry of final orders or judgment by the bankruptcy courts.

**B.  Diversity of Citizenship**

16.     As stated in the Complaint, Plaintiff is a Pennsylvania corporation, with a place of business located at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106.

17.     A limited liability company is a citizen of the state or states of which its members are citizens.  *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 120 (4th Cir. 2004).

Furthermore, where the member of a limited liability company is itself a limited liability company, the members of that entity must be considered as well. *Boggs v. Fola Coal Co., LLC*, Case No. 2:10-cv-0608, 2010 U.S. Dist. LEXIS 93288, at *5 (S.D. W. Va. Sept. 7, 2010).

18. According to records maintained by the Pennsylvania Secretary of State, HERC Services, LLC is owned by Sargent Group, LLC, which is also a Pennsylvania limited liability company. *See* https://www.corporations.pa.gov/Search/CorpSearch, last accessed 4/9/2019.

19. Upon information and belief, the members of Sargent Group, LLC are not citizens of West Virginia, Delaware, or Texas for purposes of diversity jurisdiction.

20. Defendant is a limited liability company, organized and existing under the laws of the State of Delaware, and having a place of business at 700 Louisiana Street, Suite 700, Houston, TX 77002.

21. The sole member of Columbia Gas Transmission, LLC is Columbia Pipeline Group Operating Company LP ("OpCo"), a Delaware limited partnership, with its principal place of business in Texas. OpCo has one general partner and three limited partners. All of OpCo's limited partners, its general partner, and all entities related to OpCo's general partner and limited partners are citizens of Delaware and Texas for purposes of diversity jurisdiction.

22. Therefore, Columbia Gas Transmission, LLC is not a Pennsylvania or West Virginia citizen for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

23. Based upon the foregoing, there is complete diversity of citizenship between Plaintiff and Defendant.

**C. Amount in Controversy**

24. The matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

25.     Specifically, according to the Complaint, Plaintiff is seeking to enforce a statutory mechanic's lien pursuant to W. Va. Code § 38-2-2 in the amount of $143,990.30.  *See Compl.* ¶ 7.

26.     Inasmuch as the value of the statutory mechanic's lien exceeds $75,000.00, the amount in controversy requirement is satisfied.

### V. OTHER REMOVAL ISSUES

27.     Pursuant to 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of all process, pleadings, and orders served upon the Defendant is attached hereto as "Exhibit A" along with a copy of the docket sheet from the Circuit Court of Wetzel County, West Virginia.

28.     A Notice of Filing of Notice of Removal will be filed this day with the Circuit Clerk of Marshall County, West Virginia and served on the Plaintiff.

WHEREFORE, the Defendants, by counsel, respectfully advise that this civil action has been removed from the Circuit Court of Marshall County, West Virginia, to the United States Bankruptcy Court for the Northern District of West Virginia, and that this Court shall assume jurisdiction over this action.

**COLUMBIA GAS TRANSMISSION, LLC,**

**By Counsel**


**STEPTOE & JOHNSON PLLC**
    **Of Counsel**

/s/  John J. Meadows
John J. Meadows (WV State Bar ID No. 9442)
Devon J. Stewart (WV State Bar ID No. 11712)
Chase Tower, Seventeenth Floor
707 Virginia Street, East
Post Office Box 1588
Charleston, WV  25326-1588
Telephone:  (304) 353-8154
Facsimile:   (304) 353-8180

John.Meadows@steptoe-johnson.com
Devon.Stewart@steptoe-johnson.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **WELDED CONSTRUCTION, L.P.** | ) | |
| | ) | **Case No. 18-12378 (KG) (Bankr. D. Del.)** |
| Debtor. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **HERC SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adv. Proc. No. 19-_____** |
| | ) | (Removal from Circuit Court of Marshall |
| **COLUMBIA GAS TRANSMISSION,** | ) | County, Civil Action No. 19-C-30) |
| **LLC,** | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing *"Notice of Removal"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record, provided they are CM/ECF participants. In addition, I have further mailed complete copies of these filings to counsel below via First Class US Mail:

Anthony C. Sunseri, Esq.
BURNS WHITE LLC
The Maxwell Centre
32-20th Street, Suite 200
Wheeling, WV 26003
acsunseri@burnswhite.com

/s/ John J. Meadows

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Herc Services, LLC | DEFENDANTS<br>Columbia Gas Transmission, LLC |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Anthony C. Sunseri, Burns White LLC,<br>The Maxwell Center, 32-20th Street, Suite 200, Wheeling, WV 26003<br>(304) 233-9500 | **ATTORNEYS** (If Known)<br>John J. Meadows, Devon J. Stewart, Steptoe & Johnson PLLC<br>707 Virginia St E., 17th Floor, P.O. Box 1588,Charleston, WV 25326<br>(304) 353-8000 |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Removal by Defendant Columbia Gas Transmission, LLC of state court action to enforce mechanic's lien
asserted by Plaintiff against Defendant that arises from an obligation owed by the Detbor Welded Construction,
L.P. to Plaintiff.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $143,990.30 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  Welded Construction, L.P. | BANKRUPTCY CASE NO.  18-12378 (KG) | |
| DISTRICT IN WHICH CASE IS PENDING  District of Delaware | DIVISION OFFICE | NAME OF JUDGE  Judge Kevin Gross |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE  April 10, 2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  /s/ John J. Meadows | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

 **(/DEFAULT.ASPX)**

```
                                Civil
                           Case Information
                 Second Judicial Circuit of Marshall County
```

---

```
                               19-C-30
                      Judge: JEFFREY D. CRAMER
           HERC SERVICES, LLC VS. COLUMBIA GAS TRANSMISSION, LLC
```

**Plaintiff(s)**

          **Plaintiff Attorney(s)**

LLC, HERC SERVICES,

              N/A

**Defendant(s)**

          **Defendant Attorney(s)**

LLC, COLUMBIA GAS TR

              N/A

```
Date Filed: 02/22/2019
Case Type: MISCELLANEOUS CIVIL
Appealed: 0
Final Order Date: N/A
Statistical Close Date: N/A
```

| **Line** | **Date** | **Action** / **Result** |
|------|------|-------------------------|
| 0001 | 02/22/2019 | COMP FOR ENFORCEMENT OF MECHANICS LIEN; CCIS FORM FILED; SUMMONS |
| 0002 | | PREP & RET TO ATTORNEY FOR SERV ON DEF (SLM) |

---

These materials have been prepared by the Office of the Clerk of the various Circuit Courts from original sources and data believed to be reliable. The information contained herein, however, has not been independently verified by the Office of the Clerk or Software Computer Group, Incorporated. The Office of the Clerk of the Circuit Courts and Software Computer Group, Inc. assume no liability for the accuracy, completeness, or timeliness of the information contained herein.

Software Computer Group | PO Box 27 | Fraziers Bottom WV 25082

# SUMMONS
## CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

HERC SERVICES, LLC
        PLAINTIFF,

VS.                          CIVIL ACTION NO.  19-C-30
                             JUDGE:  JEFFREY D. CRAMER

COLUMBIA GAS TRANSMISSION, LLC
        DEFENDANT.

**To the above named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon **ANTHONY C. SUNSERI, ESQ.**, plaintiff's attorney, whose address is **BURNS WHITE LLC, THE MAXWELL CENTER, 32 20TH STREET, STE 200, WHEELING, WV 26003**, an answer including any related counterclaim you may have to the complaint filed against you in the above civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within  30  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above style civil action.

                               Joseph Rucki
                             CLERK OF COURT

Dated: February 22, 2019

                    BY:  _Shelly McLaughlin_
                             DEPUTY CLERK

*Please Serve:*
*COLUMBIA GAS TRANSMISSION, LLC*
 *700 LOUISIANA STREET*
*HOUSTON, TX 77002*



Case 5:19-cv-00173-JPB   Document 1   Filed 05/14/19   Page 13 of 66   PageID #: 13

FILED

2019 FEB 22   AM 10: 20

## IN THE CIRCUIT COURT OF MARSHALL COUNTY, WEST VIRGINIA

HERC SERVICES, LLC

Plaintiff,             Civil Action No. 19-C-30 (C)

COLUMBIA GAS TRANSMISSION, LLC

Defendant.

## COMPLAINT FOR ENFORCEMENT OF MECHANIC'S LIEN

Plaintiff, Herc Services, LLC ("Plaintiff"), states the following for its complaint against

the Defendant, Columbia Gas Transmission, LLC, on behalf of Columbia Gas Transmission, LLC,

as follows:

### PARTIES

1.     Herc Services, LLC is a Pennsylvania corporation with a place of business located

at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106, which is in good standing under the

laws of the State of West Virginia.

2.     Columbia Gas Transmission, LLC is the owner, or reputed owner as its interests

may appear, for Spread 1 of the Mountaineer Xpress Pipeline Project, owned by Columbia Gas

Transmission, LLC, as referenced herein.

### JURISDICTION AND VENUE

3.     This Court has jurisdiction and venue over the Defendant and the subject matter of

this suit as:  (i) a substantial portion of the acts and/or omissions giving rise to this Complaint

occurred in Marshall County, West Virginia; and (ii) the real estate at issue is also located in

Marshall County, West Virginia.

## BACKGROUND FACTS

4.    Herc Services, LLC provided work materials, services and labor for quantity surveying and cost engineering, for Spread 1 of the Mountaineer Xpress Pipeline Project, owned by Columbia Gas Transmission, LLC, and situated at Station 0+00 in Marshall County, West Virginia to Station 996+36 in Wetzel County, West Virginia.

5.    The contract price and value of said work material is $340,117.17.

6.    Of said contract price, Herc Services, LLC has only been paid $196,126.87 by Defendant for services, materials, products and labor performed.

7.    At this time, there remains an outstanding amount of $143,990.30 owed by Defendant to Plaintiff.  See, Exhibit "A".

8.    Herc Services, LLC provided work materials, services and labor for quantity surveying and cost engineering, for Spread 1 of the Leach Xpress Pipeline Project, owned by Columbia Gas Transmission, LLC, and situated at and/or from 0+00 Greene County, Pennsylvania to Station 1292+00 in Marshall County, West Virginia.  The contract price and value of said work and material is $17,273.55.

9.    Of said contract price, Herc Services, LLC has only been paid $6,122.85 by Defendant for services, materials, products and labor performed.  See, Exhibit "B".

10.    At this time, there remains an outstanding amount of $11,150.70 owed by Defendant to Plaintiff.

11.    On or about October 22, 2018, in accordance with West Virginia Code §§38-2-1, *et seq.*, Herc Services, LLC, caused to be recorded in the Clerk's office.  See, Exhibits "C" and "D" attached hereto.

12. Plaintiff incorporates by reference each of the following paragraphs into each of the following causes of action as if the same were more fully set forth therein.

## CAUSES OF ACTION

*Count One – Enforcement of Mechanic's Lien*

13. Pursuant to West Virginia Code §§38-2-1 through 4, any person supplying labor and/or materials to a contractor or owner, may obtain a lien upon land and improvements upon which such supplies were used to improve, including a leasehold interest, and said lien attaches and dates from the time the first such labor/materials are provided.

14. Columbia Gas Transmission, LLC has failed to pay Herc Services, LLC the outstanding balance for labor, materials and services used and/or provided in construction and improvements of the subject Real Estate as referenced herein, and for said Project as referenced herein.

15. As the owner and/or reputed owner of said interest, Defendant, Columbia Gas Transmission, LLC, has benefited from the labor/materials provided and is therefore indebted to Herc Services, LLC pursuant to the Mechanic's Lien in the sum of $155,141.00, plus interest, costs and attorney's fees, which continue to accrue.

16. The provisions of West Virginia Code §§38-2-34 require that enforcement of a mechanic's lien be effectuated by commencing a civil action within six months of filing a notice of mechanic's lien in the Clerk's office.

17. By filing the within Complaint, Herc Services, LLC is hereby timely enforcing its mechanic's lien in accordance with West Virginia Code §§38-2-34.

*Count Two – Unjust Enrichment/Quantum Meruit*

18.    Alternatively, the Defendant was unjustly enriched by the value of the labor and materials Plaintiff provided for the subject project and the corresponding increase in value to the Real Estate and Plaintiff is entitled to recover $155,141.00, being the value of such labor and material provided, plus interest, costs and attorney's fees, which continue to accrue, under the contract for services as provided and rendered by the Plaintiff.

## **RELIEF REQUESTED**

The Plaintiff requests that the Court grant the following relief:

A.    Judgment against the Defendant, jointly and severally, in favor of Plaintiff in the amount of $155,141.00 for the matters asserted in Counts One and Two herein;

B.    Appointment of a commissioner to determine the validity and priority of all liens asserted against the Real Estate (upon proper notice to all affected parties) and authorization for such commissioner to sell the property to satisfy the amounts owed to Plaintiff under the Mechanic's Lien;

C.    Plaintiff be awarded pre-judgment interest and post-judgment interest on all amounts awarded against the Defendant;

D.    Plaintiff be awarded its costs and attorney fees incurred in this action; and

E.    Plaintiff be awarded such other and further relief as may be just and proper.

HERC SERVICES, LLC
By Counsel

_____
Anthony C. Sunseri, Esquire (WV #9189)
BURNS WHITE LLC
The Maxwell Centre
32-20th Street, Suite 200
Wheeling, WV 26003

(304) 233-9500
(304) 233-1363 Fax
acsunseri@burnswhite.com

Case 5:18-cv-00173-JPB Document 1 Filed 05/14/18 Page 18 of 66 PageID #: 18



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**

A. M. Westbrook, Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180708-MXP | **Invoice Amount:** 21887.65 |
| **Invoice Date:** Jul 8, 2018 | **Due Date:** Jul 8, 2018 |

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Discount** | **Rate** | **Quantity** | **Subtotal** |
| 07/02 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 88 mi | $83.60 |
| 07/02 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/02 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/03 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/03 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 123 mi | $116.85 |
| 07/03 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/04 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/04 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/05 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 34 mi | $32.30 |
| 07/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 180 mi | $171.00 |
| 07/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 07/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 74 mi | $70.30 |
| 07/06 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/07 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 46 mi | $43.70 |
| 07/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 210 mi | $199.50 |
| 07/07 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/08 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/08 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |
| 07/08 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 07/08 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |

**EXHIBIT**

"A"

Case 5:19-cv-00173-JPB  Document 1  Filed 05/14/19  Page 19 of 66  PageID #: 19



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook, Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|-------|-------------|----------|------|----------|----------|
| 07/08 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 81 mi | $76.95 |
| 07/08 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 68 mi | $64.60 |
| 07/08 | Board, Derik<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 0 | $0.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $30,002.25 |
| Discounts Applied: | $8,114.60 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $21,887.65 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $0.00 |
| Client Balance: | $21,887.65 |

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 20 of 66 PageID #: 20



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook, Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
PNC Bank, NA
Routing Number:
Account Number:

Payments sent via check should be mailed to:
Herc Services, LLC
Attn: Accounts Receivable
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 8, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 8, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:19-cv-00173-JPB  Document 1  Filed 05/14/19  Page 21 of 66  PageID #: 21



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**HERC**

**Invoice for:**
A. M. Westbrook, Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180715-MXP | **Invoice Amount:** 22073.85 |
| **Invoice Date:** Jul 15, 2018 | **Due Date:** Jul 15, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/09 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 147 mi | $139.65 |
| 07/09 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 126 mi | $119.70 |
| 07/10 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 123 mi | $116.85 |
| 07/10 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 72 mi | $68.40 |
| 07/10 | Board, Derik<br>$ 200 / additional hr | 100% | $0.00 | 10 | $0.00 |
| 07/11 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 114 mi | $108.30 |
| 07/11 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 67 mi | $63.65 |
| 07/12 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 102 mi | $96.90 |
| 07/12 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 86 mi | $81.70 |
| 07/13 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 180 mi | $171.00 |
| 07/13 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 62 mi | $58.90 |
| 07/13 | Board, Derik<br>$ 200 / additional hr | 100% | $0.00 | 10 | $0.00 |
| 07/14 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 140 mi | $133.00 |
| 07/14 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 32 mi | $30.40 |
| 07/15 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 07/15 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |
| 07/15 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/15 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |
| 07/15 | Board, Derik<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 0 | $0.00 |
| 07/15 | Board, Derik<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

**Invoice for:**
A. M. Westbrook, Welded Construction
AP@Welded.com

| This Invoice | |
|---|---|
| Subtotal: | $32,188.45 |
| Discounts Applied: | $10,114.60 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $22,073.85 |

| Retainer | |
|---|---|
| Remaining Amount: | $0.00 |

| Project History | |
|---|---|
| Past Due Amount: | $21,887.65 |
| Client Balance: | $43,961.50 |

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 23 of 66 PageID #: 23



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook, Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
      PNC Bank, NA
      Routing Number:
      Account Number:

Payments sent via check should be mailed to:
      Herc Services, LLC
      Attn: Accounts Receivable
      41 Edgecliff Road
      Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 15, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 15, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

| | | |
|---|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 | |
| **Invoice Number:** 180722-MXP | **Invoice Amount:** $23,669.87 | |
| **Invoice Date:** Jul 22, 2018 | **Due Date:** Jul 22, 2018 | |

| Fees for Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 07/16 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/16 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 85 mi | $80.75 |
| 07/16 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 07/17 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 183 mi | $173.85 |
| 07/17 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 96 mi | $91.20 |
| 07/17 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2.5 | $0.00 |
| 07/18 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 167 mi | $158.65 |
| 07/18 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 86 mi | $81.70 |
| 07/18 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2.5 | $0.00 |
| 07/19 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 141 mi | $133.95 |
| 07/19 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 103 mi | $97.85 |
| 07/19 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 4 | $0.00 |
| 07/20 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/20 | Sargent, William<br>Mileage @ $ 0.95/mi<br>Remained in trailer to<br>complete variance<br>analysis. | 0% | $0.95 | 0 mi | $0.00 |
| 07/21 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 07/21 | Sargent, William<br>Mileage @ $ 0.95/mi<br>Off site | 0% | $0.95 | 0 mi | $0.00 |
| 07/21 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 62 mi | $58.90 |
| 07/22 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/22 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/22 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 07/22 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |
| 07/22 | Board, Derik<br>$12,000 (6x10s Rate)<br>Saturday Only (1/6 of<br>discounted rate.) | 28% | $8,600.40 | 0.17 | $1,462.07 |
| 07/22 | Board, Derik<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $33,112.40 |
| Discounts Applied: | $9,442.53 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $23,669.87 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $43,961.50 |
| Client Balance: | $67,631.37 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 22, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 22, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 27 of 66 PageID #: 27



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180729-MXP | **Invoice Amount:** $18,599.20 |
| **Invoice Date:** Jul 29, 2018 | **Due Date:** Jul 29, 2018 |

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/23 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/23 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 62 mi | $58.90 |
| 07/24 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 183 mi | $173.85 |
| 07/24 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 78 mi | $74.10 |
| 07/25 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 167 mi | $158.65 |
| 07/25 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 142 mi | $134.90 |
| 07/26 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 07/26 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 141 mi | $133.95 |
| 07/26 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 76 mi | $72.20 |
| 07/27 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 149 mi | $141.55 |
| 07/27 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 72 mi | $68.40 |
| 07/28 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 07/28 | Board, Derik<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 82 mi | $77.90 |
| 07/29 | Board, Derik<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/29 | Board, Derik<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |
| 07/29 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 28% | $8,600.40 | 1 | $8,600.40 |
| 07/29 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 |
| 07/29 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 0 | $0.00 |
| 07/29 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 0 | $0.00 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

## This Invoice

| | |
|---|---|
| Subtotal: | $25,398.40 |
| Discounts Applied: | $6,799.20 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $18,599.20 |

## Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

## Project History

| | |
|---|---|
| Past Due Amount: | $67,631.37 |
| Client Balance: | $86,230.57 |

Page 2 of 3



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Jul 29, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Jul 29, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180805-MXP
Invoice Date: Aug 5, 2018

Purchase Order: 87935
Invoice Amount: $33,639.78
Due Date: Aug 5, 2018

| | Fees for Professional Services | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal | |
| 07/08 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 | |
| 07/08 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180708-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 | |
| 07/15 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 | |
| 07/15 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180715-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 | |
| 07/22 | Board, Derik (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 0.17 | $1,678.92 | |
| 07/22 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 | |
| 07/22 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180722-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 | |
| 07/22 | Board, Derik (Credit) $12,000 (6x10s Rate) Invoice 180722-MXP Incorrect discount applied | 0% | $8,600.40 | -0.17 | -$1,462.07 | |
| 07/29 | Board, Derik (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 | |
| 07/29 | Board, Derik (Credit) $12,000 (6x10s Rate) Invoice 180729-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 | |

Page 1 of 4

Case 5:19-cv-00173-JPB  Document 1  Filed 05/14/19  Page 31 of 66  PageID #: 31



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 07/29 | MacKinnon, Ian (Correction) $12,000 (6x10s Rate) Corrected Rate | 18% | $9,876.00 | 1 | $9,876.00 |
| 07/29 | MacKinnon, Ian (Credit) $12,000 (6x10s Rate) Invoice 180729-MXP Incorrect discount applied | 0% | $8,600.40 | -1 | -$8,600.40 |
| 07/30 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 81.5 mi | $77.43 |
| 07/30 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 07/30 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 4 | $0.00 |
| 07/31 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 61 mi | $57.95 |
| 07/31 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 123 mi | $116.85 |
| 07/31 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 1.5 | $0.00 |
| 08/01 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 154 mi | $146.30 |
| 08/01 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 67 mi | $63.65 |
| 08/01 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 1.5 | $0.00 |
| 08/02 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 135 mi | $128.25 |
| 08/02 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 154 mi | $146.30 |
| 08/02 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/03 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/03 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 142 mi | $134.90 |
| 08/03 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/04 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/04 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 174 mi | $165.30 |
| 08/04 | Sargent, William $ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/05 | MacKinnon, Ian | 18% | $9,876.00 | 1 | $9,876.00 |

Case 5:19-cv-00173-JPB  Document 1  Filed 05/14/19  Page 32 of 66  PageID #: 32



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

| Date | Description | Discount | Rate | Quantity | Subtotal |
|-------|-------------|----------|------|----------|----------|
| | $12,000 (6x10s Rate) | | | | |
| 08/05 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 10 | $1,500.00 |
| 08/05 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |
| 08/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 147 mi | $139.65 |
| 08/05 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $53,609.86 |
| Discounts Applied: | $19,970.08 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $33,639.78 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $86,230.57 |
| Client Balance: | $119,870.35 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 5, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 5, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180812-MXP
Invoice Date: Aug 12, 2018

Purchase Order: 87935
Invoice Amount: $23,912.80
Due Date: Aug 12, 2018

| Fees for Professional Services | | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 08/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 08/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 115 mi | $109.25 |
| 08/06 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 2 | $0.00 |
| 08/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 150 mi | $142.50 |
| 08/07 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/08 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 177 mi | $168.15 |
| 08/08 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 86 mi | $81.70 |
| 08/09 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 282 mi | $267.90 |
| 08/09 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 119 mi | $113.05 |
| 08/10 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 264 mi | $250.80 |
| 08/10 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 08/11 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 256 mi | $243.20 |
| 08/11 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 08/12 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 08/12 | Sargent, William<br>$15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |

### This Invoice
Subtotal: $29,251.80
Discounts Applied: $5,339.00
Less Remaining Retainer: $0.00
Total Amount Due: $23,912.80

### Retainer
Remaining Amount: $0.00

### Project History
Past Due Amount: $119,870.35
Client Balance: $143,783.15

Case 5:19-cv-00173-JPB  Document 1  Filed 05/14/19  Page 35 of 66  PageID #: 35



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
     PNC Bank, NA
     Routing Number:
     Account Number:

Payments sent via check should be mailed to:
     Herc Services, LLC
     Attn: Accounts Receivable
     41 Edgecliff Road
     Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 12, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 12, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**HERC**

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180819-MXP | **Invoice Amount:** $24,889.37 |
| **Invoice Date:** Aug 19, 2018 | **Due Date:** Aug 19, 2018 |

### Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 08/13 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 238 mi | $226.10 |
| 08/13 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 72 mi | $68.40 |
| 08/14 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 166 mi | $157.70 |
| 08/14 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 65 mi | $61.75 |
| 08/15 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 139 mi | $132.05 |
| 08/15 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 46 mi | $43.70 |
| 08/16 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 158 mi | $150.10 |
| 08/16 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 120 mi | $114.00 |
| 08/17 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 138 mi | $131.10 |
| 08/17 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 77 mi | $73.15 |
| 08/17 | Invoice 180807-MXP <br> Interest Late Payment | 0% | $729.59 | | $729.59 |
| 08/17 | Invoice 180814-MXP <br> Interest Late Payment | 0% | $607.03 | | $607.03 |
| 08/17 | Invoice 180821-MXP <br> Interest Late Payment | 0% | $0.00 | | $0.00 |
| 08/18 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 168 mi | $159.60 |
| 08/18 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 78 mi | $74.10 |
| 08/19 | MacKinnon, Ian <br> $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 08/19 | Sargent, William <br> $15,000 (6x10s Rate) | 18% | $12,285.00 | 1 | $12,285.00 |

Case 5:19-cv-00173-JPB   Document 1   Filed 05/14/19   Page 37 of 66   PageID #: 37



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

| This Invoice | | Retainer | |
|---|---|---|---|
| Subtotal: | $29,728.37 | Remaining Amount: | $0.00 |
| Discounts Applied: | $4,839.00 | | |
| Less Remaining Retainer: | $0.00 | **Project History** | |
| Total Amount Due: | $24,889.37 | Past Due Amount: | $76,151.78 |
| | | Client Balance: | $101,041.15 |



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
      PNC Bank, NA
      Routing Number:
      Account Number:

Payments sent via check should be mailed to:
      Herc Services, LLC
      Attn: Accounts Receivable
      41 Edgecliff Road
      Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 19, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 19, 2018.   A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180826-MXP
Invoice Date: Aug 26, 2018

Purchase Order: 87935
Invoice Amount: $15,693.35
Due Date: Aug 26, 2018

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|------|-------------|----------|------|----------|----------|
| 08/20 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 170 mi | $161.50 |
| 08/20 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 97 mi | $92.15 |
| 08/21 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 08/21 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 103 mi | $97.85 |
| 08/22 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 161 mi | $152.95 |
| 08/22 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 91 mi | $86.45 |
| 08/22 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 1 | $0.00 |
| 08/23 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 167 mi | $158.65 |
| 08/23 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 91 mi | $86.45 |
| 08/24 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 197 mi | $187.15 |
| 08/24 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 103 mi | $97.85 |
| 08/24 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 1 | $0.00 |
| 08/25 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 205 mi | $194.75 |
| 08/25 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 08/25 | Sargent, William<br>$ 250 / additional hr | 100% | $0.00 | 1 | $0.00 |
| 08/26 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |
| 08/26 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 08/26 | Client Credit<br>WCLP PO 69914<br>Invoice 180826-LXP | 0% | $6,122.85 | -1 | -$6,122.85 |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

## This Invoice

| | |
|---|---|
| Subtotal: | $20,567.35 |
| Discounts Applied: | $4,874.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $15,693.35 |

## Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

## Project History

| | |
|---|---|
| Past Due Amount: | $88,564.80 |
| Client Balance: | $104,258.15 |

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 41 of 66 PageID #: 41



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
PNC Bank, NA
Routing Number:
Account Number:

Payments sent via check should be mailed to:
Herc Services, LLC
Attn: Accounts Receivable
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Aug 26, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Aug 26, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 42 of 66 PageID #: 42



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

Project Name: MXP-1
Invoice Number: 180902-MXP
Invoice Date: Sep 2, 2018

Purchase Order: 87935
Invoice Amount: $11,761.00
Due Date: Sep 2, 2018

| | Fees for Professional Services | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Description** | **Discount** | **Rate** | **Quantity** | **Subtotal** | |
| 08/27 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 71 mi | $67.45 | |
| 08/27 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 197 mi | $187.15 | |
| 08/28 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 117 mi | $111.15 | |
| 08/28 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 161 mi | $152.95 | |
| 08/28 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 3 | $630.00 | |
| 08/28 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 1 | $150.00 | |
| 08/29 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 99 mi | $94.05 | |
| 08/29 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 152 mi | $144.40 | |
| 08/29 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 2 | $420.00 | |
| 08/30 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 80 mi | $76.00 | |
| 08/30 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 173 mi | $164.35 | |
| 08/31 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 73 mi | $69.35 | |
| 08/31 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 145 mi | $137.75 | |
| 09/01 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 138 mi | $131.10 | |
| 09/02 | Client Credit<br>WCLP PO 69914<br>Invoice 180902-LXP | 0% | -$11,150.70 | | -$11,150.70 | |
| 09/02 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 | |
| 09/02 | MacKinnon, Ian<br>$ 200 / additional hr | 25% | $150.00 | 0 | $0.00 | |
| 09/02 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 | |



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

## This Invoice

| | |
|---|---|
| Subtotal: | $16,135.00 |
| Discounts Applied: | $4,374.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $11,761.00 |

## Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

## Project History

| | |
|---|---|
| Past Due Amount: | $40,582.72 |
| Client Balance: | $52,343.72 |

Case 5:16-cv-00173-JPB Document 1 Filed 05/14/18 Page 44 of 66 PageID #: 44



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
       PNC Bank, NA
       Routing Number:
       Account Number:

Payments sent via check should be mailed to:
       Herc Services, LLC
       Attn: Accounts Receivable
       41 Edgecliff Road
       Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 2, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 2, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 180909-MXP | **Invoice Amount:** $20,469.60 |
| **Invoice Date:** Sep 9, 2018 | **Due Date:** Sep 9, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 09/03 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/03 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/04 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 83 mi | $78.85 |
| 09/04 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 188 mi | $178.60 |
| 09/05 | Sargent, William<br>$ 250 / additional hr | 16% | $210.00 | 2 | $420.00 |
| 09/05 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 140 mi | $133.00 |
| 09/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 55 mi | $52.25 |
| 09/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 09/07 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 171 mi | $162.45 |
| 09/08 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 09/08 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 191 mi | $181.45 |
| 09/09 | MacKinnon, Ian<br>$10,500 (5x10s Rate) | 18% | $8,600.55 | 1 | $8,600.55 |
| 09/09 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $24,449.05 |
| Discounts Applied: | $3,979.45 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $20,469.60 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $52,343.72 |
| Client Balance: | $72,813.32 |

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 46 of 66 PageID #: 46



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
     PNC Bank, NA
     Routing Number:
     Account Number:

Payments sent via check should be mailed to:
     Herc Services, LLC
     Attn: Accounts Receivable
     41 Edgecliff Road
     Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 9, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 9, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

**Project Name:** MXP-1
**Invoice Number:** 180916-MXP
**Invoice Date:** Sep 16, 2018

**Purchase Order:** 87935
**Invoice Amount:** $21,360.20
**Due Date:** Sep 16, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Discount** | **Rate** | **Quantity** | **Subtotal** |
| 09/10 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 164 mi | $155.80 |
| 09/11 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 138 mi | $131.10 |
| 09/12 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 |
| 09/13 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 101 mi | $95.95 |
| 09/13 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 133 mi | $126.35 |
| 09/14 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 83 mi | $78.85 |
| 09/14 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 09/15 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 153 mi | $145.35 |
| 09/16 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 09/16 | MacKinnon, Ian<br>$12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

### This Invoice
Subtotal: $25,484.20
Discounts Applied: $4,124.00
Less Remaining Retainer: $0.00
Total Amount Due: $21,360.20

### Retainer
Remaining Amount: $0.00

### Project History
Past Due Amount: $20,469.60
Client Balance: $41,829.80

Case 5:16-cv-00173-JPB  Document 1  Filed 05/14/18  Page 48 of 66  PageID #: 48



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 16, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 16, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:16-cv-00173-JPB Document 1 Filed 05/14/18 Page 49 of 66 PageID #: 49



**Herc Services, LLC**
**41 Edgecliff Road**
**Rosslyn Farms, Pennsylvania 15106**

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| Project Name: | MXP-1 | Purchase Order: | S7935 |
|---|---|---|---|
| Invoice Number: | 180923-MXP | Invoice Amount: | $17,251.30 |
| Invoice Date: | Sep 23, 2018 | Due Date: | Sep 23, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 09/17 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 100 mi | $95.00 |
| 09/18 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 130 mi | $123.50 |
| 09/19 | Sargent, William $ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |
| 09/19 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 170 mi | $161.50 |
| 09/19 | MacKinnon, Ian $ 200 / additional hr | 25% | $150.00 | 1 | $150.00 |
| 09/20 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 73 mi | $69.35 |
| 09/20 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 158 mi | $150.10 |
| 09/20 | Sargent, William $ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |
| 09/21 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 81 mi | $76.95 |
| 09/21 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 09/21 | Sargent, William $ 250 / additional hr | 16% | $210.00 | 10 | $2,100.00 |
| 09/22 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 131 mi | $124.45 |
| 09/23 | MacKinnon, Ian $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

### This Invoice
| | |
|---|---|
| Subtotal: | $20,625.30 |
| Discounts Applied: | $3,374.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $17,251.30 |

### Retainer
| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History
| | |
|---|---|
| Past Due Amount: | $41,829.80 |
| Client Balance: | $59,081.10 |

Case 5:16-cv-00173-JPB   Document 1   Filed 05/14/18   Page 50 of 66   PageID #: 50



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
> PNC Bank, NA
> Routing Number:
> Account Number:

Payments sent via check should be mailed to:
> Herc Services, LLC
> Attn: Accounts Receivable
> 41 Edgecliff Road
> Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 23, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 23, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 51 of 66 PageID #: 51



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

**Project Name:** MXP-1
**Invoice Number:** 180930-MXP
**Invoice Date:** Sep 30, 2018

**Purchase Order:** 87935
**Invoice Amount:** $21,464.70
**Due Date:** Sep 30, 2018

| | Fees for Professional Services | | | | | |
|---|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal | |
| 09/24 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 130 mi | $123.50 | |
| 09/24 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 84 mi | $79.80 | |
| 09/25 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 35 mi | $33.25 | |
| 09/26 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 | |
| 09/27 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 119 mi | $113.05 | |
| 09/27 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 94 mi | $89.30 | |
| 09/28 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 146 mi | $138.70 | |
| 09/28 | Sargent, William Mileage @ $ 0.95/mi | 0% | $0.95 | 113 mi | $107.35 | |
| 09/29 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 140 mi | $133.00 | |
| 09/30 | MacKinnon, Ian $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 | |
| 09/30 | Sargent, William $12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 | |
| 09/30 | MacKinnon, Ian Mileage @ $ 0.95/mi | 0% | $0.95 | 137 mi | $130.15 | |

**This Invoice**

| | |
|---|---|
| Subtotal: | $25,588.70 |
| Discounts Applied: | $4,124.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $21,464.70 |

**Retainer**

| | |
|---|---|
| Remaining Amount: | $0.00 |

**Project History**

| | |
|---|---|
| Past Due Amount: | $59,081.10 |
| Client Balance: | $80,545.80 |





Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
PNC Bank, NA
Routing Number:
Account Number:

Payments sent via check should be mailed to:
Herc Services, LLC
Attn: Accounts Receivable
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 30, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 30, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:18-cv-00173-JPB  Document 1  Filed 05/14/18  Page 53 of 66  PageID #: 53



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

HERC

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| **Project Name:** MXP-1 | **Purchase Order:** 87935 |
| **Invoice Number:** 181007-MXP | **Invoice Amount:** $20,040.10 |
| **Invoice Date:** Oct 7, 2018 | **Due Date:** Oct 7, 2018 |

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|---|---|---|---|---|---|
| 10/03 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 73 mi | $69.35 |
| 10/03 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 152 mi | $144.40 |
| 10/04 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 106 mi | $100.70 |
| 10/05 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 95 mi | $90.25 |
| 10/05 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 155 mi | $147.25 |
| 10/06 | Sargent, William<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 121 mi | $114.95 |
| 10/06 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 145 mi | $137.75 |
| 10/07 | Sargent, William<br>$12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 10/07 | MacKinnon, Ian<br>Mileage @ $ 0.95/mi | 0% | $0.95 | 142 mi | $134.90 |
| 10/07 | MacKinnon, Ian<br>$10,500 (5x10s Rate) | 18% | $8,600.55 | 1 | $8,600.55 |

### This Invoice

| | |
|---|---|
| Subtotal: | $23,939.55 |
| Discounts Applied: | $3,899.45 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $20,040.10 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $80,545.80 |
| Client Balance: | $100,585.90 |

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 54 of 66 PageID #: 54



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:

        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:

        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Oct 7, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Oct 7, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:
A. M. Westbrook
Welded Construction
AP@Welded.com

| | |
|---|---|
| Project Name: | MXP-1 |
| Invoice Number: | 181014-MXP |
| Invoice Date: | Oct 14, 2018 |

| | |
|---|---|
| Purchase Order: | 87935 |
| Invoice Amount: | $21,611.95 |
| Due Date: | Oct 14, 2018 |

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 10/08 | Sargent, William Mileage @ $0.95/mi | 0% | $0.95 | 92 mi | $87.40 |
| 10/08 | MacKinnon, Ian Mileage @ $0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 10/09 | Sargent, William Mileage @ $0.95/mi | 0% | $0.95 | 121 mi | $114.95 |
| 10/09 | MacKinnon, Ian Mileage @ $0.95/mi | 0% | $0.95 | 135 mi | $128.25 |
| 10/10 | Sargent, William Mileage @ $0.95/mi | 0% | $0.95 | 63 mi | $59.85 |
| 10/10 | MacKinnon, Ian Mileage @ $0.95/mi | 0% | $0.95 | 144 mi | $136.80 |
| 10/11 | Sargent, William Mileage @ $0.95/mi | 0% | $0.95 | 101 mi | $95.95 |
| 10/11 | MacKinnon, Ian Mileage @ $0.95/mi | 0% | $0.95 | 139 mi | $132.05 |
| 10/12 | Sargent, William Mileage @ $0.95/mi | 0% | $0.95 | 64 mi | $60.80 |
| 10/12 | MacKinnon, Ian Mileage @ $0.95/mi | 0% | $0.95 | 143 mi | $135.85 |
| 10/13 | MacKinnon, Ian Mileage @ $0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 10/14 | Sargent, William $12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 10/14 | MacKinnon, Ian $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $25,735.95 |
| Discounts Applied: | $4,124.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $21,611.95 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $100,585.90 |
| Client Balance: | $122,197.85 |

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 56 of 66 PageID #: 56



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

A. M. Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer. Our banking information is:
> PNC Bank, NA
> Routing Number:
> Account Number:

Payments sent via check should be mailed to:
> Herc Services, LLC
> Attn: Accounts Receivable
> 41 Edgecliff Road
> Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Oct 14, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice. Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Oct 14, 2018. A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.



**Herc Services, LLC**
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**Invoice for:**
A. M. Westbrook
Welded Construction
AP@Welded.com

**Project Name:** MXP-1
**Invoice Number:** 181021-MXP
**Invoice Date:** Oct 21, 2018

**Purchase Order:** 87935
**Invoice Amount:** $21,792.45
**Due Date:** Oct 21, 2018

| | Fees for Professional Services | | | | |
|---|---|---|---|---|---|
| Date | Description | Discount | Rate | Quantity | Subtotal |
| 10/15 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 63 mi | $59.85 |
| 10/15 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 153 mi | $145.35 |
| 10/16 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 96 mi | $91.20 |
| 10/16 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 151 mi | $143.45 |
| 10/17 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 91 mi | $86.45 |
| 10/17 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 147 mi | $139.65 |
| 10/18 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 93 mi | $88.35 |
| 10/18 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 155 mi | $147.25 |
| 10/19 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 89 mi | $84.55 |
| 10/19 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 157 mi | $149.15 |
| 10/20 | Sargent, William <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 0 mi | $0.00 |
| 10/20 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 10/21 | Sargent, William <br> $12,500 (5x10s Rate) | 16% | $10,500.00 | 1 | $10,500.00 |
| 10/21 | MacKinnon, Ian <br> Mileage @ $ 0.95/mi | 0% | $0.95 | 148 mi | $140.60 |
| 10/21 | MacKinnon, Ian <br> $12,000 (6x10s Rate) | 18% | $9,876.00 | 1 | $9,876.00 |

### This Invoice

| | |
|---|---|
| Subtotal: | $25,916.45 |
| Discounts Applied: | $4,124.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $21,792.45 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $122,197.85 |
| Client Balance: | $143,990.30 |



**HERC**

Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

Invoice for:

Aaron Westbrook
Welded Construction
AP@Welded.com

**Project Name:** LXP-1 Slip Mitigation
**Invoice Number:** 180902-LXP1
**Invoice Date:** Sep 2, 2018

**Purchase Order:** 69914
**Invoice Amount:** $11,150.70
**Due Date:** Sep 2, 2018

## Fees for Professional Services

| Date | Description | Discount | Rate | Quantity | Subtotal |
|------|-------------|----------|------|----------|----------|
| 08/28 | Daily Per Diem | 0% | $150.00 | 1 | $150.00 |
| 08/28 | Mileage @ $ 0.95/mi | 0% | $0.95 | 61 mi | $57.95 |
| 08/28 | PIC - Daily Rate | 0% | $5,250.00 | 1 | $5,250.00 |
| 08/28 | Video Post Production | 0% | $125.00 | 1 | $125.00 |
| 08/29 | Daily Per Diem | 0% | $150.00 | 1 | $150.00 |
| 08/29 | Mileage @ $ 0.95/mi | 0% | $0.95 | 45 mi | $42.75 |
| 08/29 | PIC - Daily Rate | 0% | $5,250.00 | 1 | $5,250.00 |
| 08/29 | Video Post Production | 0% | $125.00 | 1 | $125.00 |

**EXHIBIT**

tabbies®

**"B"**

### This Invoice

| | |
|---|---|
| Subtotal: | $11,150.70 |
| Discounts Applied: | $0.00 |
| Less Remaining Retainer: | $0.00 |
| Total Amount Due: | $11,150.70 |

### Retainer

| | |
|---|---|
| Remaining Amount: | $0.00 |

### Project History

| | |
|---|---|
| Past Due Amount: | $6,122.85 |
| Client Balance: | $17,273.55 |

Page 1 of 2



Herc Services, LLC
41 Edgecliff Road
Rosslyn Farms, Pennsylvania 15106

**HERC**

Invoice for:

Aaron Westbrook
Welded Construction
AP@Welded.com

We prefer payment by ACH / wire transfer.  Our banking information is:
        PNC Bank, NA
        Routing Number:
        Account Number:

Payments sent via check should be mailed to:
        Herc Services, LLC
        Attn: Accounts Receivable
        41 Edgecliff Road
        Rosslyn Farms, Pennsylvania 15106

Payment of professional fees and expenses for this invoice is due on Sep 2, 2018.

Welded Construction agrees that it will review this invoice upon receipt and will advise us within 7 days of the receipt of each invoice as to any objection Welded Construction has with the form or substance of this invoice.  Lack of timely objection to an invoice shall evidence Welded Construction agreement to pay the invoice in full.

We reserve the right to terminate this engagement if payment of fees and expenses billed for this invoice is not made within 35 days of Sep 2, 2018.  A two and one half percent per month surcharge shall be incurred for any outstanding amount owed.

If such termination occurs, we shall be entitled to payment for all services performed prior to termination.

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 60 of 66 PageID #: 60

BOOK OO11 PAGE0578

Prepared by, recorded at the request of,
and returned to:
**Anthony C. Sunseri, Esquire**
**Burns White, LLC**
**The Maxwell Centre**
**32 20th Street**
**Wheeling, West Virginia 26003**

## NOTICE OF MECHANIC'S LIEN

TO:    Columbia Gas Transmission, LLC, owner or reputed owner as its interests may appear.

    You will please take notice that the undersigned, Herc Services, LLC, with a place of business located at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106, was and is subcontractor with Welded Construction, L.P., who was and is general contractor for the furnishing of materials and doing of the work and labor necessary for quantity surveying and cost engineering, for Spread 1 of the Mountaineer Xpress Pipeline Project, owned by you and situate from Station 0+00 in in Marshall County, West Virginia to Station 996+36 in Wetzel County, West Virginia and that the contract price and value of said work and material is $ 340,117.17. You are further notified that the undersigned has been paid only $ 196,126.87 thereof and that it claims and will claim a lien, in the amount of $ 143,990.30, upon your interest in the said tract of land and upon the buildings, structures and improvements thereon to secure the payment of said sum.

    Given under my hand this 22 day of October, 2018.

Marshall County
Jan Pest, Clerk
Instrument 1447019
10/22/2018 @ 03:57:51 PM
MECHANICS LIEN
Book 11 @ Page 578
Pages Recorded 2
Recording Cost $    11.00

Claimant,

HERC SERVICES, LLC

By:_____
Amanda H. Sargent, Esquire
President

**EXHIBIT**

"C"

BOOK 0 0 1 1 PAGE 0 5 7 9

**COMMONWEALTH OF PENNSYLVANIA** )
                                  ) SS:
**COUNTY OF ALLEGHENY**           )

Amanda Sargent, being first duly sworn, upon her oath says that the statements contained in the foregoing notice of mechanic's lien are true, as she verily believes.

Taken, subscribed and sworn to before me this _____22_____ day of _OcTober , 2018 .

By: _____
    Notary Public

My commission expires: _5/20/22_

Commonwealth of Pennsylvania - Notary Seal
Donna L. Williams, Notary Public
Allegheny County
My commission expires May 20, 2022
Commission number 1179245
Member, Pennsylvania Association of Notaries

**STATE OF WEST VIRGINA, MARSHALL COUNTY, SCT.:**

I, JAN PEST, Clerk of the County Commission of said Country, do hearby certify that the annexed writing, bearing date _____ day of _____, _____, was presented for and by me, admitted to record in my office upon the above certification as to the parties therein named this _____ day of _____, _____ at _____ o'clock _____.

TESTE: _____ Clerk

**STATE OF WEST VIRGINIA, MARSHALL COUNTY, SCT.:**

I, JAN PEST, Clerk of the County Commission of said County, do hereby certify that the annexed writing, bearing date on the _22nd_ day of _October , 2018_, was presented for and by me, admitted to record in my office upon the above certificate as to the parties therein named this _22nd_ day of _October, 2018_ at _3:57_ o'clock _P_ M.

TESTE: _____ Clerk.

Case 5:19-cv-00173-JPB Document 1 Filed 05/14/19 Page 62 of 66 PageID #: 62

ANTHONY C SUNSERI ESQ
BURNS WHITE LLC
362 20TH ST
WHEELING WV

Prepared by, recorded at the request of,
and returned to:
**Anthony C. Sunseri, Esquire**
**Burns White, LLC**
**The Maxwell Centre**
**32 20th Street**
**Wheeling, West Virginia 26003**

## NOTICE OF INTENT TO FILE MECHANIC'S LIEN

TO:     Columbia Gas Transmission, LLC, owner or reputed owner as its interests may appear.

You will please take notice that the undersigned, Herc Services, LLC, with a place of business located at 41 Edgecliff Road, Rosslyn Farms, Pennsylvania 15106, was and is subcontractor with Welded Construction, L.P., who was and is general contractor for the furnishing of materials and doing of the work and labor necessary for quantity surveying and cost engineering, for Spread 1 of the Leach Xpress Pipeline Project, owned by you and situate from Station 0+00 Greene County, Pennsylvania to Station 1292+00 in Marshall County, West Virginia and that the contract price and value of said work and material is $ 17,273.55. You are further notified that the undersigned has been paid only $ 6,122.85 thereof and that it claims and will claim a lien, in the amount of $ 11,150.70, upon your interest in the said tract of land and upon the buildings, structures and improvements thereon to secure the payment of said sum.

Given under my hand this 22 day of October, 2018.

Claimant,

HERC SERVICES, LLC

Marshall County
Jan Pest, Clerk
Instrument 1447018
10/22/2018 @ 03:57:51 PM
MECHANICS LIEN
Book 11 @ Page 576
Pages Recorded 2
Recording Cost $        11.0(

By: _____
Amanda H. Sargent, Esquire
President

**EXHIBIT**

tabbies'

"D"

BOOK 0 0 1 1 PAGE 0 5 7 7

**COMMONWEALTH OF PENNSYLVANIA** )
                                       ) SS:

**COUNTY OF ALLEGHENY** )

      Amanda Sargent, being first duly sworn, upon her oath says that the statements contained in the foregoing notice of mechanic's lien are true, as she verily believes.

      Taken, subscribed and sworn to before me this _22_ day of _October_, _2018_.

                                      By: _Donna L. Williams_
                                       Notary Public

My commission expires: _5/20/22_

> Commonwealth of Pennsylvania - Notary Seal
> Donna L. Williams, Notary Public
> Allegheny County
> My commission expires May 20, 2022
> Commission number 1179245
> Member, Pennsylvania Association of Notaries

**STATE OF PENNSYLVANIA, GREENE COUNTY, SCT.:**

      I, Donna Tharp, Register of Wills and Recorder of Deeds of said Country, do hearby certify that the annexed writing, bearing date _____ day of _____, _____, was presented for and by me, admitted to record in my office upon the above certification as to the parties therein named this _____ day of _____, _____ at _____ o'clock _____.

                                  TESTE: _____ Clerk

**STATE OF WEST VIRGINIA, MARSHALL COUNTY, SCT.:**

      I, JAN PEST, Clerk of the County Commission of said County, do hereby certify that the annexed writing, bearing date on the _22nd_ day of _October_, _2018_ was presented for and by me, admitted to record in my office upon the above certificate as to the parties therein named this _22nd_ day of _October_, _2018_ at _3:57_ o'clock _P_ M.

                                  TESTE: _Jan Pest_ Clerk.

CIVIL CASE INFORMATION STATEMENT
CIVIL CASES

In the Circuit Court, Marshall County, West Virginia

FILED

2019 FEB 22 AM 10: 20

JOSEPH L RUCKI

-----

CASE STYLED:

Case # 19-C-30

Judge: Cramer

Herc Services, LLC

vs.

Days to

Answer      Type of Service

Columbia Gas Transmission, LLC          30          Certified Mail
700 Louisiana Street
Houston, TX  77002

Original and 3 copies of Complaint for Enforcement of Mechanic's Lien.

| Herc Services, LLC | CASE NUMBER: |
| Plaintiff, | Marshall County, WV |
| v. | |
| Columbia Gas Transmission, LLC | |
| Defendant | |

TYPE OF CASE:

| TORTS | OTHER CIVIL | OTHER CIVIL |
|---|---|---|
| __ ASBESTOS | __ ADOPTION | __APPEAL/MAGISTRATE |
| __ MALPRACTICE | __ CONTRACT | __ PET. MODIFICATION MAGISTRATE SENTENCE |
| __ PERSONAL INJURY | __ REAL PROPERTY | ___ MISCELLANEOUS CIVIL |
| __ PRODUCT LIABILITY | __ MENTAL HEALTH | _X_ OTHER |
| __ AUTO | __ APPEAL ADMINISTRATIVE AGENCY | __ |

JURY DEMAND: _____ Yes __x__ No

CASE WILL BE READY FOR TRIAL BY (Month/Year): _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE? _____ YES __x__ NO

    __ Wheelchair accessible hearing room and other facilities

    __ Interpreter or other auxiliary aid for the hearing impaired

    __ Reader or other auxiliary aid for the visually impaired

    __ Spokesperson or other auxiliary aid for the speech impaired

    __ Other:_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Attorney Name: Anthony C. Sunseri #9189 _____

Firm: Burns White LLC_____

Address: The Maxwell Center, 32-20th St. Ste 200
         Wheeling, West Virginia 26003
Telephone: (304) 233-9500_____

PRO SE _____

Representing:

_X_ Plaintiff _____ Defendant

__ Cross-Complainant

__ Cross-Defendant

DATED: February 21, 2019

_____
SIGNATURE



**Burns White** FILED

ATTORNEYS AT LAW

2019 FEB 22  AM 10: 20

JOSEPH M. RUCKI

Anthony C. Sunseri
Attorney at Law

(304) 231-1004
acsunseri@burnswhite.com

The Maxwell Centre
32 20th Street, Suite 200
Wheeling, WV 26003

t: 304.233.9500
f: 304.233.1363

w: www.burnswhite.com

February 21, 2019

*Via Federal Express*

Joseph M. Rucki, Circuit Clerk
Marshall County Circuit Clerk
600 7th Street, Rm 127
Moundsville, WV 26041

> RE:   Herc Services, LLC v. Columbia Gas Transmission, LLC
>        Circuit Court of Marshall County, West Virginia
>        Our File No.: 14667-264536

Dear Mr. Rucki:

Enclosed herewith for filing, please find an original and three copies of **Civil Cover Sheet** and **Complaint for Enforcement of Mechanic's Lien** in the above-referenced matter. Also enclosed is Check No. 56223 in the amount of $200.00 representing the fee to file said Complaint. Kindly return the time-stamped copies for service in the enclosed, self-addressed, stamped envelope.

Should you have any questions or comments regarding the within correspondence and/or attached documents, please feel free to contact the undersigned.

Very truly yours,

Anthony C. Sunseri

ACS/sss
Enclosures

Burns White
A Limited Liability Company

CHERRY HILL, NJ

CLEVELAND, OH

HARRISBURG, PA

PHILADELPHIA, PA

PITTSBURGH, PA

PRINCETON, NJ

WHEELING, WV

WILKES-BARRE, PA

WILMINGTON, DE